IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY LAMAR                                                                PLAINTIFF
ADC # 120479A

v.                              CASE NO. 5:17-CV-00043 BSM

WENDY KELLEY, et al.                                                      DEFENDANTS

### ORDER

The partial recommended disposition [Doc. No. 24] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After carefully reviewing the partial recommended disposition, it is adopted in its entirety. Accordingly, the defendants' motion to dismiss for failure to state a claim [Doc. No. 9] is denied.

IT IS SO ORDERED this 19th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE