**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANTHONY LAMAR**                                                                    **PLAINTIFF**
**ADC # 120479A**

**v.**                       **CASE NO. 5:17-CV-00043 BSM**

**WENDY KELLEY, et al.**                                               **DEFENDANTS**

## **ORDER**

Having reviewed the partial recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 46] and defendants' objections thereto [Doc. No. 47], and having reviewed the entire record *de novo*, the partial recommended disposition is adopted, and the defendants' motion for partial summary judgment on the issue of exhaustion [Doc. No. 26] is denied.

IT IS SO ORDERED this 30th day of January 2018.

                                                                                   _____
                                                                                         UNITED STATES DISTRICT JUDGE