IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY LAMAR                                                                                PLAINTIFF
ADC #120479A

v.                          CASE NO. 5:17-CV-00043 BSM

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                          DEFENDANTS

## ORDER

After *de novo* review, United States Magistrate Judge Beth Deere's findings and recommendations [Doc. No. 108] are adopted. Anthony Lamar's case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE